Lee W. Rubenstein, Individually and on Behalf of Other Stockholders, etc., v. The Sweets Company of America, Inc., and Others, Impleaded with Lewis L. Clarke and Others.— Motion for leave to appeal to the Court of Appeals and for extension of time to answer and for a stay denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

The Woman's Hospital in the State of New York v. Sixty-seventh Street Realty Co., Inc.— Manufacturers Trust Company and Others — Paul R. Gordon.— Motion granted. Settle order on notice, containing question for certification. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ. [See          .]

Fulton Trust Company of New York, as Committee, etc., v. Sixty-seventh Street Realty Co., Inc.— Manufacturers Trust Company and Others — Paul R. Gordon.— Motion granted. Settle order on notice containing question for certification. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ. [See          .]

President and Directors of the Manhattan Company, Conducting a Banking Business as Bank of the Manhattan Company, v. Ray Long, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon defendant, appellant's filing the undertakings required by sections 593 and 594 of the Civil Practice Act, Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of the National Lloyds Corporation for an Order Directing John Kadel and Others to Turn over to Said National Lloyds Corporation the Sum of Twenty-five Thousand Dollars ($25,000).— Motion for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, Townley, Glennon and Untermyer, JJ.

Gerith Realty Corporation, Appellant, and Isidor Kahn, Plaintiff, Stockholders in the Normandie National Securities Corporation, on Behalf of Themselves and All Other Stockholders Similarly Situated and on Behalf of the Said Normandie National Securities Corporation, v. Normandie National Securities Corporation and Others, Defendants, Impleaded with Louis Bachmann and Others, as Executors, etc., of Maurice Fieux, Deceased, Respondents. — Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

Sanford Jacobi and Others, in Behalf of Themselves and All Other Stockholders of Normandie National Securities Corporation, Appellants, v. Normandie National Securities Corporation and Others, Defendants, Impleaded with Louis Bachmann and Others, as Executors, etc., of Maurice Fieux, Deceased, Respondents.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.